UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

OTIS RAY MAYS, JR., No. 21955-041,

      Petitioner,

  v.

WARDEN, FCI MARION,

      Respondent.

Case No. 26-cv-00727-JPG

## MEMORANDUM AND ORDER

This case is before the Court on its July 6, 2026, order to show cause (Doc. 5). As noted in that order, Petitioner filed this action without paying the filing fee or filing a motion to proceed without prepayment of the filing fee ("IFP Motion"). The Court ordered Petitioner to pay the filing fee or an IFP motion within 30 days, by June 25, 2026.

Petitioner failed to do so. The Court therefore ordered Petitioner to show cause, on or before August 5, 2026, why this case should not be dismissed without prejudice for failure to pay the filing fee or file an IFP motion. It warned him that failure to respond would result in dismissal of this action for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b) and the Court's inherent authority to manage its docket. *See In re Bluestein & Co*, 68 F.3d 1022, 1025 (7th Cir. 1995). Petitioner failed to respond to the order to show cause.

Accordingly, as it warned it might, the Court **DISMISSES** this case without prejudice for lack of prosecution pursuant to Rule 41(b) and the Court's inherent authority to manage its docket. It **DIRECTS** the Clerk of Court to enter judgment accordingly and close this case.

**IT IS SO ORDERED.**
**DATED**: **August 13, 2026**

**J. PHIL GILBERT**
**United States District Judge**