UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

OTIS RAY MAYS, JR., No. 21955-041,

      Petitioner,

  v.

WARDEN, FCI MARION,

      Respondent.

Case No. 26-cv-00727-JPG

## JUDGMENT

This matter having come before the Court and the petitioner having failed to prosecute this action,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED: August 13, 2026**

**MONICA A. STUMP, Clerk of Court**

**Approved:**

**J. PHIL GILBERT**
**United States District Judge**